# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED MAY 2, 2024**

---

**NO. 03-24-00231-CV**

---

**Mohammad Mahmood, Appellant**

**v.**

**John Ward, Susan Ward, and Amanda Slahetka, Appellees**

---

**APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an attempted appeal from the order signed by the trial court on March 22, 2024. Having

reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the

Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to

pay costs, no adjudication of costs is made.